UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G. M.F.,<br><br>         Petitioner,<br><br>     v.<br><br>MINGA WOFFORD, et al.,<br><br>         Respondent. | No. 1:26-cv-0068-DJC-CKD P<br><br><br>ORDER |

Petitioner filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondent filed objections to the findings and recommendations and Petitioner filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full;
2. The petition for writ of habeas corpus is GRANTED;
3. The preliminary injunctive relief previously granted is made permanent; and
4. This case is closed.

IT IS SO ORDERED.

Dated: **February 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

jgmf0068.806.hc